UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADELINE GIORGI, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>V.<br><br>WEST CHESTER UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-04285-JFM |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Madeline Giorgi hereby voluntarily dismisses without prejudice her claims against Defendant West Chester University.

Dated:  January 2, 2024

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
nickc@lcllp.com

Michael A. Tompkins, Esq.
Anthony Alesandro, Esq.
**LEEDS BROWN LAW, P.C.**

1

One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Counsel for Plaintiff and Proposed Class*

2